Date: 09/15/10

DIVIDENDS REMITTED TO THE COURT

Case Number 09-36266 - AMO, STACEY M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NSP<br>3215 COMMERCE ST<br>LA CROSSE WI 54603 | 000001 | 200.72 | 4.21 |
| ---------- Remittance Total --------------- | | 200.72 | 4.21 |

CHARLES W. RIES, Trustee

RECEIVED
10 SEP 20 AM 11:17
U.S. BANKRUPTCY COURT
ST. PAUL, MN